**No. 10-6834. Joseph Ray Beilharz, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 580, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8787.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 363.